```
01
02
03
04
05
06
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-82M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DAVID GLENN HARRISON, | ) | |
| Defendant. | ) | |

Offense charged:

    Felon in Possession of a Firearm

Date of Detention Hearing:  June 7, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    The Complaint charges that defendant, having been previously convicted of the felony of Malicious Placement of an Explosive Device 2nd Degree in King County, knowingly possessed a .38 caliber revolver on December 7, 2004. At the time he was arrested, it is alleged that the revolver was found in the vehicle in which defendant was a passenger with a round of

ammunition in each chamber and with four of six rounds having been fired.

(2) In the Pretrial Services Report, criminal records are cited that reflect prior offenses including forgery, malicious harassment (which the AUSA proffers was in the nature of a hate crime), escape in the 2nd degree, and the above-referenced explosives charge. He was also charged in state court with a firearms offense apparently arising out of the instant circumstances, for which he served time in custody.

(3) The AUSA proffers that while in custody, the defendant relayed his intention in an intercepted letter to kill a King County Deputy involved in a shooting in which the defendant's brother was killed. The Pretrial Report indicates that the Department of Corrections lists the defendant as an active member of a security threat group, and indicates that he was non-compliant while under supervision with the DOC, including failure to report, failure to abide by curfew, and drug use.

(4) The defendant poses a risk of nonappearance based on a history of noncompliance with supervision and a prior escape conviction. He poses a risk of danger due to criminal history, the nature of the charges, his affiliation with a security threat group, and alleged prior threats to law enforcement.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 2

15.13
Rev. 1/91

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  8th  day of  June , 2005.

_____
Mary Alice Theiler
United States Magistrate Judge